No. 236. SOUTHERN SURETY COMPANY, PLAINTIFF IN ERROR, *v.* BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, ETC. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted February 5, 1917. Decided March 6, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 118; *Kansas City Southern Ry. Co.* v. *Henrie,* 214 U. S. 491; *Appleby* v. *Buffalo,* 221 U. S. 524; *Manhattan Life Insurance Co.* v. *Cohen,* 234 U. S. 123, 134. (2) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600;

*Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Stewart* v. *Kansas City,* 239 U. S. 14. *Mr. Arthur G. Moseley* for plaintiff in error. *Mr. Charles J. Kappler* for defendant in error.